IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MOHAMED BANDJAN,

    Plaintiff,

vs.

Warden JOHNS; Ms. WALTERS;
Mr. CLARK; Ms. DIGIACOMO;
ARMANDO VILLALOBAS;
Chief LOPEZ; OMAR LUCIO;
JANIE TREVINA; JENNY CAMACHO;
and Ms. GATZAR,

    Defendants.

CIVIL ACTION NO.: CV512-119

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which "Objections" have been filed. In his Objections, Plaintiff states that he wishes to dismiss Defendants Johns, Walter, Clark, and Digiacomo. Plaintiff seeks a change of venue from this Court to the District Court for the Southern District of Texas, Brownsville Division, as this is the place where the events giving rise to his Complaint occurred.

Plaintiff's Objections are **sustained**, to the extent he wishes to dismiss Defendants Johns, Walter, Clark, and Digiacomo as parties to this cause of action. Otherwise, Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is

**DISMISSED** based on his failure to state a claim upon which relief can be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

Plaintiff's Motion to Amend and his Motion for Change of Venue are **DISMISSED** as moot. Should Plaintiff wish to pursue his cause of action, he may do so by filing a separate cause of action in a court located in the State of Texas.

**SO ORDERED**, this 19 day of December, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA